**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **IBRAHIM AHMED RACHID OUATTARA #A201-348-292** | **CASE NO.  1:21-CV-00584 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **KEITH DEILLE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

<u>**ORDER**</u>

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency.  Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**.  This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE July 6, 2021.

**TONY R. MOORE
CLERK OF COURT**